**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Criminal Case No.  06-cr-00268-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     JOSE JESUS VEGA-CHAVEZ,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      This will confirm that the sentencing hearing regarding Defendant Vega-Chavez is set **May 4, 2007 at 3:00 p.m.** in Courtroom A201, Alfred A. Arraj United States Courthouse, 901 - 19th Street, Denver, Colorado.  Defendant must be present.  An interpreter is required.

Dated:  February 26, 2007