IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  06-cr-00268-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  JOSE JESUS VEGA-CHAVEZ,

        Defendant.

**ORDER**

The government's motion for the one level acceptance of responsibility reduction pursuant to §3E1.1 (b) having come before the Court and the Court being fully advised:

IT IS HEREBY ORDERED that the Defendant receive the 1 level reduction in the offense level for acceptance of responsibility as provided by §3E1.1 (b).

SO ORDERED this   4th   day of May, 2007.

BY THE COURT:

    s/Lewis T. Babcock
LEWIS T. BABCOCK, CHIEF JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO